441 A.2d 442

Commonwealth v. Potter, Appellant.

Submitted April 6, 1981. Ronald M. Lucas, for appellant; Robert A. Mix, Assistant District Attorney, for Commonwealth, appellee.

506

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The orders of the lower court are hereby affirmed.